# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| WIESLAW PALYSKA | ) | Case No. 13-24727 |
| | ) | |
| **Debtor.** | ) | Honorable Janet S. Baer |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF WIESLAW PALYSKA

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $1,708.50 for 4.1 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from August 12, 2013, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $8.50.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1. On June 15, 2013, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. The 341 meeting was held on August 7, 2013 and continued to September 4, 2013.

3. On September 25, 2013, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to August 12, 2013.

4. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

5. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on August 12, 2013. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

6. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 2.9 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,228.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.1 |
| Sara K. Baker | 1.3 |
| Colleen A. Greer | 0.5 |

### B. ASSETS

7. Per Debtor's Schedule B, Debtor indicated that he owned a 2004 GMC Savana (the "**Vehicle**") worth $5,000.00, subject to no lien, but on which Debtor asserted a $2,400.00 exemption. At the August 7, 2013, 341 meeting, Debtor produced to Trustee a CarMax appraisal of the Vehicle showing a value of $10,500, which appraisal Trustee had requested. At the meeting, Debtor also testified that he had sold the Vehicle post-petition to CarMax for $10,500.00, and that he spent substantially all of the sales proceeds.

2

8.  On August 12, 2013, Trustee received an e-mail from Debtor's attorney attaching an executed agreement in which Debtor agreed to pay the bankruptcy estate $8,100.00 ($10,500.00 minus the $2,400.00 exemption), to compensate the estate for its interest in the Vehicle.  Debtor agreed to make seven (7) monthly installment payments in the amount of $1,000.00, and a final monthly payment in the amount of $1,100.00 to compensate the estate for its interest in the Vehicle.  Debtor has made the final payment and the settlement brought $8,100.00 into the estate.  In connection with the foregoing, Q&B expended 1.2 hours for which it requests compensation of $480.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).**  The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .3 |
| Sarah K. Baker | .9 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

9.  Since August 12, 2013, Q&B has devoted 4.1 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,708.50.

10. In addition, Q&B requests reimbursement for necessary costs in the amount of $8.50 for photocopy charges ($.10 per page) incurred for service of the motion to sell the Vehicle.

11. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

12. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

3

     A.     Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $1,708.50 for actual, necessary and valuable professional services rendered;

     B.     Authorizing reimbursement of actual and necessary costs of $8.50; and

     C.     For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:   /s/Philip V. Martino
       Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

4

QB\26158754.2

# Quarles & Brady LLP

411 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 1935144 |
| Invoice Date: | April 08, 2014 |

Privileged & Confidential

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through April 08, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 153519.00003

| | |
|---|---|
| Current Fees: | $         598.50 |
| Current Total Due: | $         598.50 |
| **TOTAL AMOUNT DUE:** | **$         598.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Wieslaw Palyska, Chapter 7 Bankruptcy         April 08, 2014
RE: Professional Retention Chapter 7 Bankruptcy                                 Invoice Number: 1935144
Q & B Matter Number: 153519.00003                                               Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/29/13 | Review conflicts results to identify corrections. | PMARTINO | 0.10 |
| 09/25/13 | Attend hearing on retention application and settlement motion. | SBAKER | 1.00 |
| 04/04/14 | Begin draft of final fee application for Quarles & Brady (.5). | CGREER | 0.50 |
| 04/07/14 | Review and revise final fee application for Q&B. | SBAKER | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.10 | 565.00 | 56.50 |
| SBAKER | Sarah K. Baker | 1.30 | 349.62 | 454.50 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 1.90 | | 598.50 |

Total Fees:                                                         $       598.50



| | | |
|---|---|---|
| | 411 East Kilbourn Boulevard | Attorneys at Law in: |
| | Suite 3400 | Chicago, Illinois |
| | Tampa, FL 33602-5195 | Milwaukee and Madison, Wisconsin |
| | Tel. 414.277.5000 | Naples and Tampa, Florida |
| | Fax 414.271.3552 | Phoenix and Tucson, Arizona |
| | www.quarles.com | Washington, DC |

Tax ID No. 39-0432630

## INVOICE SUMMARY

Invoice Number:   1935101  
Invoice Date:     April 08, 2014

Privileged & Confidential

Quarles & Brady LLP  
300 N LaSalle Street, Suite 4000  
Chicago, IL 60654

For Professional Services Rendered Through April 08, 2014  
Re: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 153519.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 480.00 |
| Current Total Due: | $ | 480.00 |
| **TOTAL AMOUNT DUE:** | **$** | **480.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Wiesław Palyska, Chapter 7 Bankruptcy  April 08, 2014
RE: Assets Chapter 7 Bankruptcy  Invoice Number: 1935101
Q & B Matter Number: 153519.00005  Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 08/30/13 | Review and revise Motions to Retain and for Settlement. | SBAKER | 0.60 |
| 09/03/13 | Review sale/settlement motion (.3). | PMARTINO | 0.30 |
| 09/24/13 | Review motions in preparation of hearing to hire counsel and approve settlement. | SBAKER | 0.30 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.30 | 565.00 | 169.50 |
| SBAKER | Sarah K. Baker | 0.90 | 345.00 | 310.50 |
| Total | | 1.20 | | 480.00 |

Total Fees: $ 480.00



| | | |
|---|---|---|
| | 411 East Kilbourn Boulevard<br>Suite 3400<br>Tampa, FL 33602-5195<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Milwaukee and Madison, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix and Tucson, Arizona<br>Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1935100                                        Privileged & Confidential
Invoice Date:   April 08, 2014

Quarles & Brady LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through April 08, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 153519.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 8.50 |
| Current Total Due: | $ | 8.50 |
| **TOTAL AMOUNT DUE:** | **$** | **8.50** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Wieslaw Palyska, Chapter 7 Bankruptcy     April 08, 2014  
RE: General/Costs Chapter 7 Bankruptcy     Invoice Number: 1935100  
Q & B Matter Number: 153519.00006     Page 2

**DISBURSEMENTS:**

| | |
|---|---:|
| Copy charges | 8.50 |
| Total Disbursements: | $ 8.50 |
| Total Fees and Disbursements: | $ 8.50 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his current hourly billing rate is $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was 345.00; and her current hourly billing rate is $365.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

EXHIBIT C

**STATE OF ILLINOIS**     )
                          ) SS
**COUNTY OF COOK**        )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\26158754.2                                              EXHIBIT D

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

QB\26158754.2