JANET S. BAER
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PALYSKA, WIESLAW § Case No. 13-24727
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Pnc Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Occupational Safety & Health Admini Washington, DC 20210 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-24727 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PALYSKA, WIESLAW | | | Date Filed (f) or Converted (c): | 06/15/13 (f) |
| | | | | 341(a) Meeting Date: | 08/07/13 |
| For Period Ending: | 06/30/14 | | | Claims Bar Date: | 12/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4530 ROSE SCHILLER PARK, IL 60176 | 195,501.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 3. CITI BANK - BUSINESS ACCOUNT | 68.00 | 0.00 | | 0.00 | FA |
| 4. CITI BANK - OPENED ACCOUNT NEEDED FOR DISABILITY B | 100.00 | 0.00 | | 0.00 | FA |
| 5. FRIDGE, LAUNDRY MACHINE, DRYER | 550.00 | 0.00 | | 0.00 | FA |
| 6. MICROWAVE, POTS & PANS | 150.00 | 0.00 | | 0.00 | FA |
| 7. PLATES, UTENSILS, GLASSES, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 8. SOFAS | 200.00 | 0.00 | | 0.00 | FA |
| 9. TABLES & CHAIRS | 100.00 | 0.00 | | 0.00 | FA |
| 10. TELEVISION | 100.00 | 0.00 | | 0.00 | FA |
| 11. DVD PLAYER | 50.00 | 0.00 | | 0.00 | FA |
| 12. BEDROOM SET | 300.00 | 0.00 | | 0.00 | FA |
| 13. DRAWERS & LAMPS | 100.00 | 0.00 | | 0.00 | FA |
| 14. COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 15. PRINTER | 50.00 | 0.00 | | 0.00 | FA |
| 16. LAWN MOWER | 50.00 | 0.00 | | 0.00 | FA |
| 17. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 18. IRA | 11,000.00 | 0.00 | | 0.00 | FA |
| 19. 2005 PUMA TRAILER | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 2001 PICK UP | 800.00 | 0.00 | | 0.00 | FA |
| 21. 2004 GMC SAVANA | 5,000.00 | 8,100.00 | | 8,100.00 | FA |
| 22. TOOLS | 1,150.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $220,019.00   $8,100.00   $8,100.00   $0.00

(Total Dollar Amount in Column 6)

LFORM1                                        Ver: 18.00b
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Case 13-24727   Doc 32   Filed 09/09/14   Entered 09/09/14 15:24:21   Desc Main
Document   Page 8 of 12

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-24727   JSB   Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PALYSKA, WIESLAW | Date Filed (f) or Converted (c): | 06/15/13 (f) |
| | | 341(a) Meeting Date: | 08/07/13 |
| | | Claims Bar Date: | 12/02/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/01/14      Current Projected Date of Final Report (TFR): 07/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-24727 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PALYSKA, WIESLAW | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******9861 Checking Account |
| Taxpayer ID No: | *******2242 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,960.00 | | 5,960.00 |
| 02/18/14 | 21 | Marcin Palyska | Payment for Wieslaw Palyska | 1149-000 | 1,000.00 | | 6,960.00 |
| 03/07/14 | 21 | Marcin Palyska | 8th payment short $100 | 1149-000 | 1,000.00 | | 7,960.00 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,950.00 |
| 04/01/14 | 21 | Marcin Palyska | Final Payment | 1149-000 | 100.00 | | 8,050.00 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 7.89 | 8,042.11 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.53 | 8,030.58 |
| 06/24/14 | 005002 | Philip V. Martino, Trustee for Bankruptcy of Wieslaw Palyska | Trustee Compensation | 2100-000 | | 1,560.00 | 6,470.58 |
| 06/24/14 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee Fees         1,708.50 Expenses        8.50 | 3110-000 3120-000 | | 1,717.00 | 4,753.58 |
| 06/24/14 | 005004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 52.57891% | 7100-000 | | 4,753.58 | 0.00 |

Page Subtotals 8,060.00 8,060.00

Ver: 18.00b

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-24727 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | PALYSKA, WIESLAW | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******9861  Checking Account |
| Taxpayer ID No: | *******2242 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,060.00 | 8,060.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,960.00 | 0.00 | |
| | | | Subtotal | | 2,100.00 | 8,060.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,100.00 | 8,060.00 | |

Page Subtotals         0.00         0.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-24727 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | PALYSKA, WIESLAW | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0093 Congressional Checking Account |
| Taxpayer ID No: | *******2242 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/13 | 21 | Wieslaw Palyska | 1st of 8 payments | 1149-000 | 1,000.00 | | 1,000.00 |
| 10/15/13 | 21 | Wieslaw Palyska | 2nd payment of 8 | 1149-000 | 1,000.00 | | 2,000.00 |
| 10/15/13 | 21 | Marcin Palyska | 3rd payment of 8 | 1149-000 | 1,000.00 | | 3,000.00 |
| 11/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 2,990.00 |
| 11/15/13 | 21 | Marcin Palyska | 4th payment of 8 | 1149-000 | 1,000.00 | | 3,990.00 |
| 12/05/13 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 3,980.00 |
| 12/18/13 | 21 | Marcin Palyska | 5th payment of 8 | 1149-000 | 1,000.00 | | 4,980.00 |
| 01/08/14 | | Congressional Bank | Bank Charges | 2600-000 | | 10.00 | 4,970.00 |
| 01/21/14 | 21 | Marcin Palyska | 6th payment of 8 | 1149-000 | 1,000.00 | | 5,970.00 |
| 02/06/14 | | Congressional | Bank Charges | 2600-000 | | 10.00 | 5,960.00 |
| 02/14/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,960.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,960.00 | |
| Subtotal | 6,000.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 40.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9861 | 2,100.00 | 8,060.00 | 0.00 |
| Congressional Checking Account - ********0093 | 6,000.00 | 40.00 | 0.00 |
| | 8,100.00 | 8,100.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,000.00 6,000.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24727 -JSB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | PALYSKA, WIESLAW | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0093  Congressional Checking Account |
| Taxpayer ID No: | *******2242 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*